## McGEE v. WARD.

APPEAL—DISMISSAL—REINSTATEMENT.—When appeal is dismissed by clerk for failure to file return after notice, it will not be reinstated.

Motion to reinstate appeal dismissed by clerk, under Rules 1 and 2.

The facts are as follows: Judgment of foreclosure was signed December 1st, 1897. Notice of appeal was duly served, and the proposed "Case" was served December 28th, 1897. Respondent submitted certain amendments to "Case," which, not being accepted by appellant, were referred to Circuit Judge for settlement. Order settling "Case" is dated January 21st, 1898; was filed January 25th, 1898; and on back is this indorsement, "Received March 1st, 1898. B. B." On February 22d, 1898, the respondent served notice that he would move clerk of Supreme Court to dismiss appeal on March 4th, unless "Return" were filed in that time. No "Return" being filed, on the 4th the appeal was dismissed by the clerk, under Rules 1 and 2. The appellant moves to reinstate, because he was under the impression that the amendments allowed by order settling the "Case" should be incorporated in the "Return," and did not have time to complete the "Return" from March 1st to March 4th. He states that the "Re-

turn" was brought to the clerk's office on March 5th, but upon learning that the appeal was dismissed, he retained it until March 18th, when it was filed.

*Messrs. Blythe & Blythe*, for the motion.

*Messrs. Shuman & Dean*, contra.

June 4, 1898. PER CURIAM. On hearing the motion of the appellant herein to reinstate her appeal, dismissed by the clerk of this Court, under Rules 1 and 2, after argument of counsel for appellant and respondent, it is ordered, that said motion be, and the same is hereby, refused.